IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **PETER VADAS,** | ) | Case No. 1:09-nc-70000 |
| | ) | |
| Plaintiff, | ) | MDL No. 2003 |
| | ) | |
| v. | ) | Judge Solomon Oliver, Jr. |
| | ) | |
| **NATIONAL CITY CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

By this notice, Plaintiff Peter Vadas hereby voluntarily dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: May 10, 2010

s/ Edward F. Siegel
Edward F. Siegel
(Ohio Bar Registration No. 0012912)
27600 Chagrin Blvd., Ste. 340
Cleveland, OH  44122
Telephone:  (216) 831-3424
Facsimile:   (216) 831-6584
efsiegel@efs-law.com

s/ Edward W. Cochran (with permission)
Edward W. Cochran
(Ohio Bar Registration No. 0032942)
20030 Marchmont Rd.
Cleveland, OH  44122
Telephone:  (216) 751-5546
Facsimile:   (216) 751-6630
edwardcochran@wowway.com

*Attorneys for Plaintiff Peter Vadas*

```
IT IS SO ORDERED
s/Solomon Oliver
5/19/2010
```

CLI-1801128v1